# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Robart, James L. | U.S. Dist Court, W.D. of WA | 04/23/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Dist. Judge (senior status) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

700 Stewart Street, 14th Floor
Seattle, WA 98101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee Emeritus | Whitman College |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Paintings sold for cash. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Texas A&M University School of Law | February 14-17, 2018 | Fort Worth, Texas | Implementation of Police Dept. Consent Decrees -- Second Annual Conference | Lodging and Food |
| 2. | Law College Association of the Univeristy of Arizona | March 4-6, 2018 | Tuscon, Arizona | Intellectual Property Conference | Airfare, Lodging, Food, Transportation, and Parking |
| 3. | Whitman College | March 8-9, 2018 | Walla Walla, Washington | Conduct classes and student discussions on sentencing | Airfare, Lodging, Food, Transportation, and Parking |
| 4. | University of Pennsylvania | March 15-17, 2018 | Philadelphia, Pennsylvania | Standard Essential Patents Workshop | Airfare, Lodging, Food, Transportation, and Parking |
| 5. | University of Southern California | March 19-20, 2019 | Los angeles, California | Intellectual Property Institute | Airfare, Lodging, Food, Transportation, and Parking |

| # | | | | |
| --- | --- | --- | --- | --- |
| 6. | New York University School of Law | March 29-31, 2018 | New York, New York | Civil Jury Project | Airfare, Lodging, Food, Transportation, and Parking |
| 7. | IP Counsel Cafe | April 24-26, 2018 | Palo Alto, California | IP Counsel Cafe Conference | Airfare, Lodging, Food, Transportation, and Parking |
| 8. | Los Angeles IP Law Association | May 3-5, 2018 | Ojai, California | Los Angeles IP Law Association Spring Seminar | Airfare, Lodging, Food, Transportation, and Parking |
| 9. | Technical University of Munich | June 20-23, 2018 | Munich, Germany | International Patent Law Conference | Airfare, Lodging, Food, Transportation, and Parking |
| 10. | International Association for the Protection of IP | September 23-25, 2018 | Cancun, Mexico | 2018 AIPPI World Congress - Panel | Airfare, Lodging, Food, Transportation, and Parking |
| 11. | Georgetown Univerity Law Center | October 16-19, 2018 | Washington, D.C. | Conducting class on constitutional law | Airfaire, Lodging, Food, Transportation, and Parking |
| 12. | European Patent Lawyers Association ("EPLAW") | October 24-29, 2018 | Venice, Italy | Eurpean Judges' Forum on IP Law | Airfaire, Lodging, Food, Transportation, and Parking |
| 13. | The National Judicial College | December 12-14, 2018 | Washington, D.C. | National Symposium on constitutional law | Airfare, Lodging, Food, Transportation, and Parking |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Bank of America | Credit Card | J |
| 2. | Bank of America | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 04/23/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank | A | Interest | K | T | | | | | |
| 2. Key Bank | A | Interest | J | T | | | | | |
| 3. Oak Harbor, WA Island Cnty Rental Property (2018 - $200,000) | A | Rent | M | S | | | | | |
| 4. Bank of Washington Common Stock | | None | K | T | | | | | |
| 5. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 6. -- Starbucks Common Stock | E | Dividend | P1 | T | | | | | |
| 7. -- Schwab Money Fund | C | Interest | M | T | | | | | |
| 8. -- MSCI Em. Mkts I-Shares | E | Dividend | O | T | | | | | |
| 9. -- MSCI EAFE Index Fund | D | Dividend | N | T | Buy (add'l) | 10/15/18 | L | | |
| 10. -- S&P 600 I-Shares | D | Dividend | O | T | Buy (add'l) | 10/15/18 | M | | |
| 11. -- Vanguard REIT Fund | E | Dividend | O | T | | | | | |
| 12. -- S&P 500 IShares | E | Dividend | O | T | | | | | |
| 13. -- Boston Priv. Fin. Hldg. | C | Dividend | L | T | | | | | |
| 14. Chevron Common Stock | D | Dividend | N | T | | | | | |
| 15. BROKERAGE IRA #1 | | | | | | | | | |
| 16. -- MSCI EAFE Index I-Shares | E | Dividend | O | T | Sold (part) | 10/15/18 | L | | |
| 17. -- S&P Small Cap 600 IShares | F | Dividend | P1 | T | Sold (part) | 01/25/18 | O | G | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 10/15/18 | M | | |
| 19. -- S&P 500 I-Shares | E | Dividend | P1 | T | Sold (part) | 01/12/18 | N | G | |
| 20. -- Schwab Money Fund | C | Interest | N | T | Donated (part) | | | | |
| 21. -- U.S. TIPS | B | Interest | O | T | Matured (part) | 04/15/18 | M | | |
| 22. | | None | | | Buy (add'l) | 04/19/18 | M | | |
| 23. -- Vanguard REIT | E | Dividend | O | T | | | | | |
| 24. -- Emrg. Mkt. I-Share | D | Dividend | N | T | | | | | |
| 25. -- Bank of America Notes | D | Interest | M | T | | | | | |
| 26. -- Pfizer Notes | C | Interest | | | Matured | 03/01/18 | M | | |
| 27. -- J.P. Morgan Chase | B | Interest | L | T | | | | | |
| 28. -- Amercan Express Bank CD | B | Interest | M | T | | | | | |
| 29. -- Synchrony Bank CD | C | Interest | | | Matured | 10/18/18 | L | | |
| 30. -- Amgen Notes | C | Interest | M | T | | | | | |
| 31. -- BP Capt. Mks. | C | Interest | M | T | | | | | |
| 32. -- General Electric Note | D | Interest | M | T | | | | | |
| 33. -- Toyota Auto Receiv. | C | Interest | M | T | | | | | |
| 34. --Verizon Comm. Note | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 04/23/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Merck Bond | C | Interest | M | T | | | | | |
| 36. -- Franklin Resources Note | C | Interest | M | T | | | | | |
| 37. -- Bank of China C.D. | C | Interest | | | Matured | 07/10/18 | M | | |
| 38. -- Morgan Stanley C.D. | C | Interest | M | T | Buy | 01/11/18 | M | | |
| 39. -- Bank Leumi C.D. | C | Interest | M | T | Buy | 01/31/18 | M | | |
| 40. -- Safra Bank C.D. | C | Interest | M | T | Buy | 01/31/18 | M | | |
| 41. -- Grand Savings Bank C.D. | C | Interest | M | T | Buy | 01/31/18 | M | | |
| 42. -- Bank of Hapoalim C.D. | C | Interest | M | T | Buy | 02/07/18 | M | | |
| 43. -- Bank of India C.D. | C | Interest | M | T | Buy | 02/14/18 | M | | |
| 44. -- Bank United C.D. | C | Interest | M | T | Buy | 01/31/18 | M | | |
| 45. -- Comenity Capital Bank C.D. | A | Interest | M | T | Buy | 07/16/18 | M | | |
| 46. -- Royal Bank CDA notes | B | Interest | M | T | Buy | 10/15/18 | M | | |
| 47. BROKERAGE IRA #2 | | | | | | | | | |
| 48. -- Janus Balanced Mut. Fund | B | Dividend | K | T | | | | | |
| 49. -- T.R. Price New Asia Mut. Fund | B | Dividend | K | T | | | | | |
| 50. -- Schwab Money Fund | A | Interest | J | T | | | | | |
| 51. -- MSCI EAFE Index Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 04/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- S&P 500 I-Shares | C | Dividend | M | T | | | | | |
| 53. -- MSCI Em. Mkts I Share | C | Dividend | L | T | Buy | 07/18/18 | J | | |
| 54. -- S&P Small Cap 600 I Shares | B | Dividend | M | T | | | | | |
| 55. -- IBM | A | Dividend | J | T | | | | | |
| 56. -- Vanguard REIT | B | Dividend | L | T | | | | | |
| 57. Vanguard Intl. Tax Managed Fund | E | Dividend | P1 | T | | | | | |
| 58. 7MB Tech. Corp. | | None | K | T | | | | | |
| 59. Builders Capital Part. | E | Dividend | N | T | | | | | |
| 60. Boeing Employees Credit Union | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 04/23/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The transactions in Section VII on lines 9 and 16 and on lines 10 and 18 represent transfers from one account to another account as a part of the RMD.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James L. Robart**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544